UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NOELLE FARRY, as Administratrix of the Estate of Jason Swift, and as Parent and Next Friend of Matthew Swift, a minor | |
| v. | C.A. No. 08-325T |
| CITY OF PAWTUCKET, by and through its Finance Director Ronald L. Wunschel; WALLACE H. MARTIN, individually and in his representative capacity; ANTHONY M. LUCCHETTI, individually and in his representative capacity; DAVID F. DOLAN,: individually and in his representative capacity; DAVID H. KELLY, individually and in his representative capacity; and JOHN and JANE DOES, 1 though 10, individually and in their representative capacities | |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq. (#2757) hereby enter my appearance for the defendants, City of Pawtucket, by and through its Finance Director, Ronald L. Wunschel, Wallace H. Martin, individually and in his representative capacity, Anthony M. Lucchetti, individually and in his representative capacity, David F. Dolan, individually and in his representative capacity and David H. Kelly, individually and in his representative capacity.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on September 12, 2008, that it is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

Max Wistow, Esq. #0330
mw@wistbar.com

Stephen P. Sheehan, Esq. #4030
sps@wistbar.com

*/s/ Marc DeSisto*

Marc DeSisto